IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.                                                              **Civ. No. 09-1158 JAP/DJS**

$715,881.00 IN UNITED STATES CURRENCY,

$29,975.00 IN UNITED STATES CURRENCY,

2001 FREIGHTLINER TRACTOR
VIN:1FUPUSZBX1LF90559,

    *Defendants*,

*and*

DANE ANTONIO CLARK,

    *Claimant.*

**FINAL JUDGMENT AND ORDER OF FORFEITURE**

    This matter is before the Court on the Settlement Agreement and Release between the United States and Claimant Dane Antonio Clark. The Court has reviewed the agreement and is fully advised in the premises. The Court hereby Orders as follows:

    1.     All right, title and interest, including that of Dane Antonio Clark, in defendant $715,881.00 in U.S. Currency is forfeited to the United States and title thereto is vested in the United States.

    2.     All right, title and interest, including that of Dane Antonio Clark, in $16,975.00 of defendant $29,975.00 in U.S. Currency is forfeited to the United States and title thereto is vested in the United States.

    3.     The United States will return $13,000.00 of the defendant $29,975.00 in U.S.

Currency, less any debt owed to the United States, any agency of the United States, or any other debt that the United States is authorized to collect, to claimant Dane Antonio Clark.

4. The United States will return defendant 2001 Freightliner Tractor to claimant Dane Antonio Clark.

5. Each party will bear its own costs and attorney's fees in this case.

_James A. Parker_
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:                              APPROVED BY:

_Electronically submitted 8/19/10_          /s/
STEPHEN R. KOTZ                            CHRISTOPHER BOOTH
Assistant U.S. Attorney                    Attorney for Claimant, Dane Antonio Clark
P.O. Box 607                               Lipman & Booth, LLC
Albuquerque, NM 87103                      11 Broadway, Suite 967
(505) 346-7274                             New York, NY 10004
                                           (212) 363-6969